UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN BERTELSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 2:12-cv-01440-GEB-GCH<br><br>Assigned to:<br>Judge Garland E. Burrell, Jr<br><br>**[PROPOSED] ORDER TO STIPULATION TO EXTEND DATE FOR DEFENDANT HARTFORD LIFE INSURANCE COMPANY TO ANSWER COMPLAINT**<br><br>The Hon. Assigned to: Judge Garland E. Burrell, Jr<br><br>Trial Date:    None Set |

Based on the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that HARTFORD LIFE INSURANCE COMPANY shall have an extension from July 31, 2012 to August 9, 2012 to file its Answer to Plaintiff, KAREN BERTELSEN'S complaint.

IT IS SO ORDERED.

Dated: 7/26/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

LEWIS BRISBOIS