UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BERTELSEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01440-TLN-KJN<br><br>ORDER APPROVING STIPULATION REGARDING PAYMENT<br><br>JUDGE: District Judge Troy L. Nunley |

　　　　The parties Stipulation regarding payments came before the Honorable Troy L. Nunley following the Court's Order of February 14, 2014.  After full consideration of the moving and opposing papers the Court orders as follows:

　　　　IT IS HEREBY ORDERED that the parties' Stipulation Regarding Payment is GRANTED.  Plaintiff is entitled to payment of past due benefits in the total sum of $77,996.00, costs in the total sum of $355.35, and attorney fees in the total sum of $23,375.00.

IT IS SO ORDERED.

Dated: March 20, 2014

_____
Troy L. Nunley
United States District Judge

ORDER RE MOTION
CASE NO. 2:13-CV-02654-TLN-DAD